**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

OCT 1 6 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

**SUPERSEDING INDICTMENT NO. 5:25-CR-90-S-KKC**

V.

JOEL SANCHEZ-MENDOZA

\*    \*    \*    \*    \*

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 843(a)(3)

On or about January 28, 2025, and continuing through on or about January 31, 2025, in Fayette County, in the Eastern District of Kentucky,

**JOEL SANCHEZ-MENDOZA**

did knowingly and intentionally obtain and acquire a quantity of Hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, subterfuge, to wit, using the name, date of birth, and social security number of L.R.M-M., all in violation of 21 U.S.C. § 843(a)(3).

## COUNT 2
### 18 U.S.C. § 1015(e)

Beginning on or about June 6, 2022, and continuing through on or about February 28, 2025, in Jessamine County, in the Eastern District of Kentucky,

**JOEL SANCHEZ-MENDOZA**

a citizen of Mexico and therefore an alien in the United States, knowingly made a false statement and claim that he is, or at any time had been, a citizen and national of the United States, with the intent to engage unlawfully in employment in the United States, all in violation of 18 U.S.C. § 1015(e).

### COUNT 3
### 18 U.S.C. § 1028A(a)(1)

Beginning on or about June 6, 2022, and continuing through on or about February 28, 2025, in Jessamine County, in the Eastern District of Kentucky, and elsewhere,

**JOEL SANCHEZ-MENDOZA**

knowingly transferred, possessed, or used, without lawful authority, a means of identification belonging to another person, during and in relation to, a felony violation enumerated in 18 U.S.C. § 1028A(c), as charged in Count 2, a false statement and claim that he is, or at any time had been, a citizen or national of the United States, with the intent to engage unlawfully in employment in the United States, knowing that the means of identification belonged to another actual person, a violation of 18 U.S.C. § 1015(e), all in violation of 18 U.S.C. § 1028A(a)(1) and (c).

### COUNT 4
### 18 U.S.C. § 1015(e)

Beginning on or about May 9, 2024, and continuing through on or about February 28, 2025, in Jessamine County, in the Eastern District of Kentucky, and elsewhere,

**JOEL SANCHEZ-MENDOZA**

knowingly made a false statement and claim that he is, or at any time had been, a citizen and

national of the United States, with the intent to obtain on his behalf, any Federal or State benefit or service, namely, a Kentucky Commercial Driver's License, all in violation of 18 U.S.C. § 1015(e).

### COUNT 5
### 18 U.S.C. § 1028A(a)(1) and (c)

Beginning on or about May 9, 2024, and continuing through on or about February 28, 2025, in Jessamine County, in the Eastern District of Kentucky, and elsewhere,

**JOEL SANCHEZ-MENDOZA**

knowingly transferred, possessed, or used, without lawful authority, a means of identification belonging to another person, during and in relation to, a felony violation enumerated in 18 U.S.C. § 1028A(c), as charged in Count 4, a false statement and claim that he is, or at any time had been, a citizen or national of the United States, with the intent to obtain on his behalf, any Federal or State benefit or service, namely, a Kentucky Commercial Driver's License, knowing that the means of identification belonged to another actual person, a violation of 18 U.S.C. § 1015(e), all in violation of 18 U.S.C. § 1028A(a)(1) and (c).

A TRUE BILL

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**      Imprisonment for not more than 4 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNTS 2 and 4:** Imprisonment for not more than 5 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**COUNTS 3 and 5:** Mandatory term of imprisonment of two years, to be served consecutive to any other sentence imposed for Count 2, plus not more than $250,000 fine and 1-year supervised release.

**PLUS:**      Mandatory special assessment of $100 per count of conviction.

**PLUS:**      Restitution, if applicable.